AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    22-1934

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Absolute Home Mortgage Corporation__
was received by me on *(date)* __May 19, 2022__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Cynthia J. Wenger, employee of Incorp. Services Inc.__ , who is designated by law to accept service of process on behalf of *(name of organization)* __Absolute Home Mortgage Corporation, at 7208 Red Top Rd., Hummelstown PA 17036__ on *(date)* __May 19, 2022 at 10:25am__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __May 19, 2022__

*Server's signature* (signed) Gary Winfrey

__Gary Winfrey, Process Server__
*Printed name and title*

__4900 Carlisle Pike Ste 113 Mechanicsburg PA 17050__
*Server's address*

Additional information regarding attempted service, etc: