IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE HOME MORTGAGE CORPORATION<br><br>Defendant. | No. 2:22-cv-01934 |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Defendant, Absolute Home Mortgage Corporation in the above-captioned action.

                                              Respectfully submitted,

                                              By: */s/ C. Lawrence Holmes*
                                              C. Lawrence Holmes, Esq. (64245)
                                              **OFFIT KURMAN, P.A.**
                                              1801 Market Street, Ste. 2300
                                              Philadelphia, PA 19103
                                              Telephone:  267.338.1339
                                              Facsimile:  267.338.1335
                                              Larry.holmes@offitkurman.com
                                              *Attorneys for Defendant*

Date: June 2, 2022