IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE HOME MORTGAGE CORPORATION<br><br>Defendant. | No. 2:22-cv-01934 |

**MOTION TO DISMISS**

Defendant Absolute Home Mortgage Corporation, by its attorneys, Offit Kurman, P.C. hereby submits this Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and incorporates herein by reference its Brief in Support thereof.

Respectfully submitted,

By: */s/ C. Lawrence Holmes*
C. Lawrence Holmes, Esq. (64245)
**OFFIT KURMAN, P.A.**
1801 Market Street, Ste. 2300
Philadelphia, PA 19103
Telephone:  267.338.1339
Facsimile:  267.338.1335
Larry.holmes@offitkurman.com
*Attorneys for Defendant*

Date: June 30, 2022

4860-2467-6391, v. 1