IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE HOME MORTGAGE CORPORATION<br><br>Defendant. | No. 2:22-cv-01934 |

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Defendant Absolute Home Mortgage Corporation's Motion to Dismiss, and any response thereto, it is hereby ORDERED and DECREED that the motion is GRANTED and Plaintiff's Complaint is dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

BY THE COURT:

_____
HONORABLE NITZA I QUINONES ALEJANDRO
*Judge, United States District Court*

4877-6911-3639, v. 1