## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, on behalf of himself and others similarly situated, | |
| Plaintiff, | |
| v. | No. 2:22-cv-01934 |
| ABSOLUTE HOME MORTGAGE CORPORATION | |
| Defendant. | |

## STIPULATION EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that the time for Plaintiff, James Everett Shelton, to respond to Defendant, Absolute Home Mortgage Corporation's Motion to Dismiss Plaintiff's Complaint is extended through and including August 12, 2022.

| PARONICH LAW, P.C. | OFFIT KURMAN, P.A. |
|---|---|
| By: */s/ Anthony Paronich*<br>ANTHONY PARONICH, ESQ.<br>350 LINCOLN ST SUITE 2400<br>HINGHAM, MA 02043<br>508-221-1510<br>Email: anthony@paronichlaw.com<br>*Attorney for Plaintiff*<br><br><br>Date: 7/8/22 | By: */s/ C. Lawrence Holmes*<br>C. LAWRENCE HOLMES, ESQ. (64245)<br>MEGAN K. SHANNON, ESQ. (319131)<br>1801 Market Street, Ste. 2300<br>Philadelphia, PA 19103<br>Telephone:  267.338.1339<br>Facsimile:  267.338.1335<br>Larry.holmes@offitkurman.com<br>Mshannon@offitkurman.com<br>*Attorneys for Defendant*<br><br>Date: 7/8/22 |

4859-5834-7815, v. 2