# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 22-1934** |
| **v.** | : | |
| | : | |
| **ABSOLUTE HOME MORTGAGE** | : | |
| **CORPORATION** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 8th day of July 2022, upon consideration of the parties' *stipulation extending time to answer*, [ECF 11], it is hereby **ORDERED** that the stipulation is **APPROVED**. Accordingly, Plaintiff shall file a response to Defendant's motion to dismiss, [ECF 10], by no later than August 12, 2022.

 

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*