# EXHIBIT A

Case 2:22-cv-01934-NIQA   Document 14-1   Filed 08/16/22   Page 2 of 4

☰  **970-296-9428**  🔍

Country: USA

970 area code: Colorado (Durango, Grand Junction)

Read comments below about 9702969428. Report unwanted calls to help identify who is using this phone number.

**jo**
8 Apr 2022

No one there. CID Potential spam

4/7

*Call type: Silent call*

970-296-9428 summary and related numbers

| 970-296-9428 | Search |

☰        970-296-9428                                                                                                                🔍

Country: USA
970 area code: Colorado (Durango, Grand Junction)

Read comments below about 9702969428. Report unwanted calls to help identify who is using this phone number.

**jo**
8 Apr 2022

No one there. CID Potential spam
4/7

*Call type: Silent call*

970-296-9428 summary and related numbers

| 970-296-9428 | Search |

☰    970-296-9428                                                                                                          🔍

Country: USA
970 area code: Colorado (Durango, Grand Junction)

Read comments below about 9702969428. Report unwanted calls to help identify who is using this phone number.

**jo**
8 Apr 2022

No one there. CID Potential spam
4/7

*Call type: Silent call*

970-296-9428 summary and related numbers

| 970-296-9428 | Search |