# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE HOME MORTGAGE CORPORATION<br><br>Defendant. | No. 2:22-cv-01934 |

## REQUEST FOR ORAL ARGUMENT

**TO THE CLERK OF COURT**

Defendant Absolute Home Mortgage Corporation, by and through its attorneys, Offit Kurman, P.A. hereby requests Oral Argument on its Motion to Dismiss, filed on June 30, 2022 and listed as Document 10.

Respectfully submitted,

By: */s/ C. Lawrence Holmes*
C. Lawrence Holmes, Esq. (64245)
**OFFIT KURMAN, P.A.**
1801 Market Street, Ste. 2300
Philadelphia, PA 19103
Telephone:  267.338.1339
Facsimile:  267.338.1335
Larry.holmes@offitkurman.com
*Attorneys for Defendant*

Date: August 16, 2022

4866-0336-4910, v. 4